KENNETH M. SORENSON
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 2, 2026 11:36 AM
Lucy H.Carrillo, Clerk of Court

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Sara.Ayabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **CR 26-00022-DKW** |
| Plaintiff, | NOTICE OF RELATED CASE |
| vs. | |
| JON RAPOZO, | |
| Defendant. | |

NOTICE OF RELATED CASE

Pursuant to Hawaii Local Rule 40.2, the United States Attorney gives notice herein that the above-captioned Indictment involves the same transaction or substantially identical transactions, happenings, and events as the following proceedings:  United States v. Jon Rapozo, Case No. CR 25-00120 DKW. Accordingly, above-captioned case could be more expeditiously handled if assigned to the same judge.

DATED:  March 2, 2026, at Honolulu, Hawaii.

Respectfully submitted,

KENNETH M. SORENSON
United States Attorney
District of Hawaii


By /s/ *Sara D. Ayabe*
   SARA D. AYABE
   Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA